# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO JAVIER SORIA-COLLAZO, | NO. CV 09-7201-TJH (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| TREY LUND, | |
| Respondents. | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 11, 2009

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE